THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ATM SHAFIQUL KHALID,<br><br>                       Plaintiff,<br>vs.<br><br>CITRIX SYSTEMS, INC.,<br><br>                       Defendant. | Civil Action No. 2:16-cv-00650-JCC<br><br>ATM SHAFIQUL KHALID'S ANSWER TO COUNTERCLAIMS AND THIRD PARTY DEFENDANT XENCARE SOFTWARE INC.'S ANSWER TO THIRD PARTY CLAIMS |
| CITRIX SYSTEMS, INC.,<br><br>        Counterclaim and<br>        Third-Party Plaintiff,<br>vs.<br><br>ATM SHAFIQUL KHALID,<br>XENCARE SOFTWARE, INC.<br><br>        Counterclaim and<br>        Third-Party Defendants. | |

Plaintiff/Counterclaim-defendant ATM Shafiqul Khalid ("Mr. Khalid") and third-party Defendant, Xencare Software, Inc. ("Xencare") hereby respond to counterclaims and third-party claims made by Citrix Systems, Inc. ("Citrix") as follows:

ANSWER TO COUNTERCLAIMS AND
THIRD PARTY CLAIMS - 1
Civil Action No. 2:16-cv-00650-JCC
XENN-6-1001P07 ANS to CC_Third Party

LOWE GRAHAM JONES℠

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

## NATURE OF THIS ACTION

1. Mr. Khalid and Xencare lack sufficient information or knowledge to form a belief as to the truth of the allegations in this paragraph of Citrix's counterclaims and third-party claims, and on that basis, the allegations are denied.

## PARTIES

2. Admitted.

3. Admitted.

4. Mr. Khalid and Xencare admit that Citrix is a Delaware corporation with a principal place of business in Broward County, Florida. Mr. Khalid and Xencare lack sufficient information or knowledge to form a belief as to the truth of the remaining allegations in this paragraph of Citrix's counterclaims and third-party claims, and on that basis, the remaining allegations are denied.

## JURISDICTION AND VENUE

5. Admitted.

6. Admitted.

7. Admitted.

8. Mr. Khalid and Xencare admit that a substantial portion of the events giving rise to his claims occurred in this district. Mr. Khalid and Xencare deny that venue is proper in this court. Any and all remaining allegations in this paragraph are denied.

## FACTS

9. Mr. Khalid and Xencare lack sufficient information or knowledge to form a belief as to the truth of the allegations in this paragraph of Citrix's counterclaims and third-party claims, and on that basis, the allegations are denied.

10. Mr. Khalid and Xencare lack sufficient information or knowledge to form a belief as to the truth of the allegations in this paragraph of Citrix's counterclaims and third-party claims, and on that basis, the allegations are denied.

ANSWER TO COUNTERCLAIMS AND
THIRD PARTY CLAIMS - 2
Civil Action No. 2:16-cv-00650-JCC
XENN-6-1001P07 ANS to CC_Third Party

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

11. Mr. Khalid and Xencare lack sufficient information or knowledge to form a belief as to the truth of the allegations in this paragraph of Citrix's counterclaims and third-party claims, and on that basis, the allegations are denied.

12. Mr. Khalid and Xencare lack sufficient information or knowledge to form a belief as to the truth of the allegations in this paragraph of Citrix's counterclaims and third-party claims, and on that basis, the allegations are denied.

13. Mr. Mr. Khalid and Xencare lack sufficient information or knowledge to form a belief as to the truth of the allegations in this paragraph of Citrix's counterclaims and third-party claims, and on that basis, the allegations are denied.

14. Mr. Khalid and Xencare lack sufficient information or knowledge to form a belief as to the truth of the allegations in this paragraph of Citrix's counterclaims and third-party claims, and on that basis, the allegations are denied.

15. Mr. Khalid and Xencare lack sufficient information or knowledge to form a belief as to the truth of the allegations in this paragraph of Citrix's counterclaims and third-party claims, and on that basis, the allegations are denied.

16. Mr. Khalid and Xencare lack sufficient information or knowledge to form a belief as to the truth of the allegations in this paragraph of Citrix's counterclaims and third-party claims, and on that basis, the allegations are denied.

17. Mr. Khalid and Xencare lack sufficient information or knowledge to form a belief as to the truth of the allegations in this paragraph of Citrix's counterclaims and third-party claims, and on that basis, the allegations are denied.

18. Mr. Khalid and Xencare lack sufficient information or knowledge to form a belief as to the truth of the allegations in this paragraph of Citrix's counterclaims and third-party claims, and on that basis, the allegations are denied.

19. Mr. Khalid and Xencare lack sufficient information or knowledge to form a belief as to the truth of the allegations in this paragraph of Citrix's counterclaims and third-party claims, and on that basis, the allegations are denied.

ANSWER TO COUNTERCLAIMS AND
THIRD PARTY CLAIMS - 3
Civil Action No. 2:16-cv-00650-JCC
XENN-6-1001P07 ANS to CC_Third Party

LOWE GRAHAM JONES℠

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

20. Mr. Khalid and Xencare lack sufficient information or knowledge to form a belief as to the truth of the allegations in this paragraph of Citrix's counterclaims and third-party claims, and on that basis, the allegations are denied.

21. Mr. Khalid and Xencare lack sufficient information or knowledge to form a belief as to the truth of the allegations in this paragraph of Citrix's counterclaims and third-party claims, and on that basis, the allegations are denied.

22. Mr. Khalid admits that he was hired by Citrix in 2006 as a software engineer. Mr Khalid admits that after he was hired by Citrix part of his work over a period of three months was on a market research project involving mobile and virtualization. Mr. Khalid admits that he worked on the XenApp project. Mr. Khalid lacks sufficient information or knowledge to form a belief as to the truth of the allegation that he "has described his duties while at Citrix as working with the 'CTO Office to promote ideas in mobile and cloud areas.'" All remaining allegations in this paragraph are denied.

23. Mr. Khalid admits that he signed an employee agreement with Citrix. All remaining allegations in this paragraph are denied.

24. Mr. Khalid admits that he applied for the '219 and '637 Patent. Mr. Khalid denies all remaining allegations in this paragraph.

25. Mr. Khalid admits that he is an inventor and that entities under his ownership and control applied for the '219 and '637 Patents. All remaining allegations in this paragraph are denied.

26. Mr. Khalid admits that an application for the '219 Patent was filed February 16, 2008 and does not claim priority to any earlier application. Mr. Khalid admits that he disclosed an invention entitled "Safe and Secure Program Execution Framework" on Exhibit B to his employment agreement with Citrix. All remaining allegations in this paragraph are denied.

27. Mr. Khalid admits that an application for the '637 patent was filed November 22, 2010. All remaining allegations in this paragraph are denied.

28. Admitted.

ANSWER TO COUNTERCLAIMS AND
THIRD PARTY CLAIMS - 4
Civil Action No. 2:16-cv-00650-JCC
XENN-6-1001P07 ANS to CC_Third Party

29. Admitted.

30. Mr. Khalid admits that an entity named Xencare Software, Inc. was registered with the Washington State Secretary of State's office on or around December 30, 2011 and that certain property of Xencare Software, Inc's predecessor (a sole proprietorship operating as Xencare Software since 2008), including the '219 Patent, became owned by Xencare Software Inc. All remaining allegations of this paragraph are denied.

31. Mr. Khalid admits he has refused to assign rights to the '219 and '637 Patents to Citrix. All remaining allegations in this paragraph are denied.

32. The allegations in this paragraph are legal conclusions to which no response is necessary. To the extent facts are alleged in this paragraph, they are denied.

33. Khalid and Xencare admit that they adopted the term "XenCare" after Citrix adopted certain other marks using the word "Xen." All other allegations in this paragraphs are denied.

34. The allegations in this paragraph are legal conclusions to which no response is necessary. To the extent facts are alleged in this paragraph, Mr. Khalid and Xencare lack sufficient information or knowledge to form a belief as to the truth of the allegations and on that basis, the allegations are denied.

35. Denied.

35. Mr. Khalid and Xencare lack sufficient information or knowledge to form a belief as to the truth of the allegations in this paragraph of Citrix's counterclaims and third-party claims, and on that basis, the allegations are denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

ANSWER TO COUNTERCLAIMS AND
THIRD PARTY CLAIMS - 5
Civil Action No. 2:16-cv-00650-JCC
XENN-6-1001P07 ANS to CC_Third Party

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

41. Mr. Khalid and Xencare lack sufficient information or knowledge to form a belief as to the truth of the allegations in this paragraph of Citrix's counterclaims and third-party claims, and on that basis, the allegations are denied.

42. Mr. Khalid and Xencare lack sufficient information or knowledge to form a belief as to the truth of the allegations in this paragraph of Citrix's counterclaims and third-party claims, and on that basis, the allegations are denied.

43. Denied.

44. Denied.

### FIRST CAUSE OF ACTION – DECLARATORY JUDGMENT

45. Mr. Khalid and Xencare incorporate and restate their responses to all previous paragraphs as if fully set forth herein.

46. Denied.

### SECOND CAUSE OF ACTION – BREACH OF CONTRACT

47. Mr. Khalid and Xencare incorporate and restate their responses to all previous paragraphs as if fully set forth herein.

48. Denied.

49. Denied.

50. Denied.

51. Denied.

### THIRD CAUSE OF ACTION – UNJUST ENRICHMENT

52. Mr. Khalid and Xencare incorporate and restate their responses to all previous paragraphs as if fully set forth herein.

53. Denied.

54. Denied.

55. Denied.

56. Denied.

### FOURTH CAUSE OF ACTION – INJUNCTIVE RELIEF

ANSWER TO COUNTERCLAIMS AND THIRD PARTY CLAIMS - 6
Civil Action No. 2:16-cv-00650-JCC
XENN-6-1001P07 ANS to CC_Third Party

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

57. Mr. Khalid and Xencare incorporate and restate their responses to all previous paragraphs as if fully set forth herein.

58. Denied.

### FIFTH CAUSE OF ACTION – SPECIFIC PERFORMANCE

59. Mr. Khalid and Xencare incorporate and restate their responses to all previous paragraphs as if fully set forth herein.

60. Denied.

### SIXTH CAUSE OF ACTION – LANHAM ACT (15 U.S.C. § 1114 ET. SEQ.)

### TRADEMARK INFRINGEMENT

61. Mr. Khalid and Xencare incorporate and restate their responses to all previous paragraphs as if fully set forth herein.

62. Denied.

63. Denied.

64. Denied.

### SEVENTH CAUSE OF ACTION – LANHAM ACT (15 U.S.C. § 1125(A))

### UNFAIR COMPETITION

65. Mr. Khalid and Xencare incorporate and restate their responses to all previous paragraphs as if fully set forth herein.

66. Denied.

67. Denied.

68. Denied.

### AFFIRMATIVE DEFENSES

A. Citrix fails to state a claim upon which relief can be granted.

B. Citrix's claims are barred in whole or in part by laches.

C. Citrix's claims are barred in whole or in part by estoppel.

D. Citrix's claims are barred in whole or in part by the doctrine of unclean hands.

E. Citrix's claims are barred in whole or in part by applicable statutes of limitation

ANSWER TO COUNTERCLAIMS AND
THIRD PARTY CLAIMS - 7
Civil Action No. 2:16-cv-00650-JCC
XENN-6-1001P07 ANS to CC_Third Party

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

F.   Citrix lacks standing to bring one or more claims.

G.   Citrix's claims are barred in whole or in part by express or implied license.

### PRAYER FOR RELIEF

Mr. Khalid and Xenxare deny that Citrix is entitled to any of the relief prayed for in its counterclaims and third-party complaint.

DATED this 23rd day of June, 2016.

LOWE GRAHAM JONES<sup>PLLC</sup>

s/Mark P. Walters
Attorney, WSBA No. 30,819
Walters@LoweGrahamJones.com
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
T: 206.381.3300
F: 206.381.3301

*Attorneys for ATM Shafiqul Khalid and XenCare Software Inc.*

ANSWER TO COUNTERCLAIMS AND
THIRD PARTY CLAIMS - 8
Civil Action No. 2:16-cv-00650-JCC
XENN-6-1001P07 ANS to CC_Third Party

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

# CERTIFICATE OF SERVICE

I certify that on June 23, 2016 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served the following attorney of record:

Anthony S. Wisen
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
tonywisen@dwt.com

*Attorneys for Citrix Systems, Inc.*

LOWE GRAHAM JONES PLLC

s/Laurie Gero
Laurie Gero, Paralegal

ANSWER TO COUNTERCLAIMS AND
THIRD PARTY CLAIMS - 9
Civil Action No. 2:16-cv-00650-JCC
XENN-6-1001P07 ANS to CC_Third Party

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301