# EXHIBIT A



701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301
LoweGrahamJones.com

July 29, 2016

Xencare Software, Inc.  Invoice #07252016
17466 NE 28TH S<sub>T</sub>
Redmond, WA  98052

XENN-06-1001
ATM Shafiqul Khalid v. Citrix Systems, Inc.

| Date | Attorney | Hours | Rate | Description | Amount |
|---|---|---|---|---|---|
| 05/26/2016 | M. Walters | 5.00 | $495.00 | Review Notice of Removal; conference with client regarding same; Draft motion to remand | $2,475.00 |
| 05/28/2016 | M. Walters | 1.00 | $495.00 | Review and revise Motion to Remand | $495.00 |
| 05/30/2016 | M. Walters | 1.50 | $495.00 | Review and revise Motion to Remand to state court | $742.50 |
| 06/01/2016 | M. Walters | 5.00 | $495.00 | Legal research certain issues in connection with Motion to Remand; Review and revise Motion to Remand to state court | $2,475.00 |
| 06/02/2016 | L. Gero | .60 | $145.00 | Correspondence with Mark regarding filing; Prepared exhibits for declaration; Scanned and finalized Declaration of Mr. Khalid; Finalized Motion for Remand; Finalized Proposed Order: Filed Motion for Remand and support documents; Sent Proposed Order to chambers | $87.00 |
| 06/02/2016 | M. Walters | 7.40 | $495.00 | Draft, review, and revise Motion to Remand; legal research in connection with same; meeting with client to go over documents to file and to go over declaration | $3,663.00 |
| 06/03/2016 | M. Walters | .70 | $495.00 | Email exchange with lawyer for Citrix regarding motion to remand; draft notice to re-note motion by one week; review local rule | $346.50 |



Patents
Trademarks
Copyrights
Agreements
Litigation

xenn invoice

[Contact]
July 29, 2016
Page - 2

| Date | Attorney | Hours | Rate | Description | Amount |
|---|---|---|---|---|---|
| 06/20/2016 | M. Walters | 1.50 | $495.00 | Review opposition to Motion to reward; Review client emails regarding motion to remand; research issues raised in Response to Motion for Remand | $742.50 |
| 06/21/2016 | M. Walters | 5.50 | $495.00 | Review Response to Motion to Remand; research cases cited in response; communicate with client; review evidence | $2,722.50 |
| 06/22/2016 | M. Walters | 3.5 | $495.00 | Draft, review and revise Reply Brief in further support of Motion to Remand | $2,722.50 |
| 06/24/2016 | L. Gero | .40 | $145.00 | Finalizing Reply to Motion for Remand; Correspondence to Mark for approval; Editing reply in view of Mark's instructions; Electronically filing Reply to Motion for Remand with the U.S. District Court for the Western District of Washington | $58.00 |
| 06/24/2016 | M. Walters | 1.70 | $495.00 | Review and revise Reply to Response to Motion to Remand | $841.50 |
| 06/27/2016 | M. Walters | 1.00 | $495.00 | Conference with client regarding Remand; Review brief as filed | $495.00 |
| 07/21/2016 | M. Walters | .70 | $495.00 | Review and analyze order granting remand; report to client | $346.50 |
| 07/22/2016 | M. Walters | .50 | $495.00 | Emails with client regarding fee petition; review fees billed in connection with Motion to Remand | $247.50 |

**Total For Services** $18,460.00