The Honorable John Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ATM SHAFIQUL KHALID, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITRIX SYSTEMS, INC., a Delaware corporation with branch office in Washington,<br><br>Defendant. | No. 2:16-cv-00650-JCC<br><br>DEFENDANT'S RESPONSE TO NOTICE REGARDING DOCKET NO. 25 (PLAINTIFF'S ACCOUNTING OF ATTORNEY'S FEES AND ANY COSTS) |

Defendant Citrix Systems, Inc. ("Citrix") respectfully requests that plaintiff's accounting total of $18,460 be reduced to $17,470 due to what appears to be a mathematical error. There are 35 hours of attorney time reported at $495/hour ($17,325) and one hour of paralegal time at $145/hr. The total accounting based on these reported hours should be $17,470 ($17,325 + $145).

For purposes of this accounting only, Citrix accepts plaintiff's counsel claimed hourly rate of $495 as reasonable. However, Citrix notes that the comparison to the national median rate for intellectual property litigators fails to include the geographical and firm size reductions of approximately 19% warranted by the data plaintiff submitted from the American Intellectual Property Law Association. Moreover, as plaintiff's case is in essence an employment dispute arising from an alleged breach of an employment agreement, the comparison to intellectual property litigation rates is not appropriate in any event.

RESPONSE TO NOTICE RE: DKT. NO. 25
(2:16-cv-00650-JCC) - 1
DWT 30133764v1 0097652-000010

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1  Without waiver of Citrix's concern regarding reasonable hourly rates, Citrix respectfully requests that plaintiff's accounting be reduced by $990 to a total of $17,470 to accurately reflect the total number of hours reported as worked.

DATED this 3rd day of August, 2016.

                                      Davis Wright Tremaine LLP
                                      Attorneys for Citrix Systems, Inc.

                                      By *[signature]*
                                          Anthony S. Wisen, WSBA #39656
                                      1201 Third Avenue, Suite 2200
                                      Seattle, WA 98101-3045
                                      Tel: (206) 622-3150
                                      Fax: (206) 757-7700
                                      Email: tonywisen@dwt.com

RESPONSE TO NOTICE RE: DKT. NO. 25
(2:16-cv-00650-JCC) - 2
DWT 30133764v1 0097652-000010

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

# DECLARATION OF SERVICE

I hereby declare under penalty of perjury under the laws of the United States of America that on this date I caused to be served the foregoing on the following by the method indicated:

| | |
|---|---|
| Mark P. Walters<br>Lowe Graham Jones PLLC<br>701 Fifth Avenue, Suite 4800<br>Seattle, Washington 98104<br>T: 206.381.3300<br>F: 206.381.3301<br>E: Walters@LoweGrahamJones.com | ☐ Via Messenger<br>☐ Via Federal Express<br>☒ Via Notice of Electronic Filing<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail |

*Attorney for Plaintiff ATM Shafiqul Khalid*

DATED this 3rd day of August, 2016.

*/s/ Gail Kataoka*
Gail Kataoka

RESPONSE TO NOTICE RE: DKT. NO. 25
(2:16-cv-00650-JCC) - 3
DWT 30133764v1 0097652-000010

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax