THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ATM SHAFIQUL KHALID,<br><br>            Plaintiff,<br><br>    v.<br><br>CITRIX SYSTEMS INC,<br><br>            Defendant. | CASE NO. C16-0650 JCC<br><br>ORDER GRANTING ATTORNEY FEES |

      This matter comes before the Court on Plaintiff's accounting of attorney fees and costs (Dkt. No. 26). In its previous order remanding this case to King County Superior Court, the Court granted Plaintiff's request for attorney fees and costs, and ordered Plaintiff to submit an accounting of these expenses. (Dkt. No. 25 at 7.) Plaintiff has now done so, and requests $18,460 in attorney fees and nothing in costs. (Dkt. No. 26 at 2.)

      Plaintiff's counsel's hourly rate is $495, (Dkt. No. 26-1), which Defendant accepts as reasonable for this attorney fee request only. (Dkt. No. 27 at 1.) Plaintiff has submitted a national survey of intellectual property practitioners conducted by the American Intellectual Property Law Association, which found that the mean billing rate for a private law firm partner with fifteen to twenty-four years of experience was $481 per hour.[1] (Dkt. No. 26-2 at 3.) Plaintiff's

---

[1] Defendant notes that to create a proper benchmark, Plaintiff may have needed to further reduce the national average due to the location and size of his counsel's firm. (Dkt. No. 26-2.)

1 counsel has been practicing intellectual property law for sixteen years, (Dkt. No. 26 at 1),
2 therefore the Court finds, for the purpose of this accounting only, that his rate is reasonable. In
3 addition, the hourly rate for Plaintiff's counsel's paralegal is $145, (Dkt. No. 26-1), which
4 Defendant also does not dispute, and which the Court finds reasonable as well.

5      As a result of Defendant's improper removal, Plaintiff's counsel billed a total of thirty-
6 five hours and his paralegal billed one hour. (Dkt. No. 26-1.) Defendant accepts these hours as
7 reasonable, and the Court does as well. But Defendant points out that Plaintiff erred in
8 calculating his total attorney fees. As Defendant states, "[t]here are 35 hours of attorney time
9 reported at $495/hour ($17,325) and one hour of paralegal time at $145/hr. The total accounting
10 based on these reported hours should be $17,470 ($17,325 + $145)." (Dkt. No. 27 at 1.)
11 Defendant is correct; Plaintiff's requested attorney fees of $18,460 shall be reduced by $990 to
12 $17,470.

13      The Court therefore GRANTS Plaintiff a total of $17,470 in attorney fees.
14      DATED this 5th day of August 2016.

                                                 *John C. Coughenour (signature)*

                                             John C. Coughenour
                                             UNITED STATES DISTRICT JUDGE

---

26 Nonetheless, as mentioned, Defendant does not contest—for this accounting only—the reasonableness of Plaintiff's counsel's rate.