

**UNITED STATES DISTRICT COURT**

WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
Seattle
700 Stewart St., Suite 2310
Seattle, WA 98101
(206) 370-8400

**WILLIAM M. MCCOOL**
**District Court Executive**
**Clerk of Court**

**LORI LANDIS**
**Chief Deputy Clerk**

August 8, 2016

Clerk of the Court
King County Superior Court
516 3rd Avenue, E-609
Seattle, WA  98104

RE:   Khalid v Citrix Systems Inc et al, 2:16-cv-0650-JCC
        King County Superior Court, 15-2-24309-8-SEA

Dear Clerk:

Enclosed is a certified copy of Judge John C. Coughenour's Order remanding this case to State Court as well as the docket sheet. Please be advised that the US District Court no longer provides a copy of the record when remanding.

Please return the copy of this cover letter with the following information:

Superior Court Case No:            15-2-24309-8-SEA

Assigned to Judge:                 _____

Completed by Deputy Clerk:         _____

Sincerely,
Cindy Abad, Deputy Clerk

Enclosures

cc:   all counsel
      court file